T.B., by T.K., as Next Friend, and T.K., individually, Respondents,

v.

P.L.S., Appellant.

No. 73675.

Missouri Court of Appeals, Eastern District, Southern Division.

Dec. 15, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 4, 1999.

Ronald E. Pedigo, Farmington, Phillip Kent Gebhardt, Maryland Heights, for appellant.

Robert David Huelskamp, Ste. Genevieve, for respondent.

Before CLIFFORD H. AHRENS, P.J., JAMES R. DOWD, and LAWRENCE E. MOONEY, JJ.

ORDER

PER CURIAM.

This is an appeal from a Decree of Paternity, Judgment and Order of Support entered on a jury verdict finding Respondent to be the father of the minor child, T.B. The evidence in support of the jury verdict is not insufficient. No error of law appears.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm the judgment pursuant to Rule 84.16(b).